COMMISSIONER OF INTERNAL REVE-
NUE v. Francis M. BASS.

No. 6873.

Circuit Court of Appeals, Sixth Circuit.
Jan. 15, 1936.

Robert H. Jackson, Asst. Atty. Gen.,
for petitioner.

Cecil Sims, of Nashville, Tenn., for re-
spondent.

Before MOORMAN, HICKS, and AL-
LEN, Circuit Judges.

PER CURIAM.

The order of the Board of Tax Ap-
peals is affirmed for the reasons stated in
the opinion of the board of March 6, 1934.
30 B.T.A. 4.

COMMISSIONER OF INTERNAL REVE-
NUE v. Augusta Z. BENTLEY.

No. 7371.

Circuit Court of Appeals, Sixth Circuit.
April 9, 1936.

Frank J. Wideman, Asst. Atty. Gen., for
petitioner.

John W. Ford, of Youngstown, Ohio,
for respondent.

PER CURIAM.

Docketed and dismissed on motion of
petitioner.

COMMISSIONER OF INTERNAL REVE-
NUE v. John N. BROWNING.

No. 7136.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1936.

Robert H. Jackson, Asst. Atty. Gen., for
petitioner.

Jacob S. White, of Indianapolis, Ind.,
for respondent.

PER CURIAM.

Dismissed pursuant to stipulation of
counsel.

COMMISSIONER OF INTERNAL REVE-
NUE v. S. P. BROWNING.

No. 7137.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1936.

Robert H. Jackson, Asst. Atty. Gen.,
for petitioner.

George S. Olive, John E. Keough, and
Jacob S. White, all of Indianapolis, Ind.,
for respondent.

PER CURIAM.

Dismissed pursuant to stipulation of
counsel.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. GREAT WESTERN
POWER CO. OF CALIFORNIA, Respond-
ent.

No. 8272.

Circuit Court of Appeals, Ninth Circuit.
July 20, 1936.

Robert H. Jackson, Asst. Atty. Gen.,
of Washington, D. C., for petitioner.

Thomas R. Dempsey, of Los Angeles,
Cal., for respondent.

Before GARRECHT, DENMAN, and
MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respec-
tive parties, based upon decisions in this
cause in 79 F.(2d) 94, and 296 U.S. 568, 56
S.Ct. 179, 80 L.Ed. 401, ordered petition to
review decision of Board of Tax Appeals
in so far as it affects year 1924 dismissed,
and as to years and 1926 decision of Board
of Tax Appeals reversed, and that this
cause be, and hereby is, remanded to the
said Board of Tax Appeals with instruc-
tions to allow, for the year 1925, in addi-
tion to the deductions heretofore allowed,
a deduction of $241,430.92, representing the